James A.G. BUNCH, Jr., Plaintiff—
Appellant,

v.

Randall LEE, Superintendent; Nurse
Emery, RN Supervisor; Doctor Crock-
ran, Physician; J.A. Dobben, Griev-
ance Examiner, Defendants—Appel-
lees.

No. 03–7536.

United States Court of Appeals,
Fourth Circuit.

Submitted Feb. 9, 2004.

Decided March 31, 2004.

James A.G. Bunch, Jr., Appellant pro se.

Before LUTTIG, WILLIAMS, and
KING, Circuit Judges.

Dismissed by unpublished per curiam
opinion.

Unpublished opinions are not binding
precedent in this circuit. See Local Rule
36(c).

PER CURIAM:

James A.G. Bunch, Jr., appeals the dis-
trict court's order denying relief on his 42
U.S.C. § 1983 (2000) complaint under 28
U.S.C. § 1915(e)(2)(B) (2000). We have
reviewed the record and find that this
appeal is frivolous. Accordingly, we dis-
miss the appeal on the reasoning of the
district court. See Bunch v. Lee, No. CA–
03–654–5–FL (E.D.N.C. Sept. 9, 2003).
We dispense with oral argument because
the facts and legal contentions are ade-
quately presented in the materials before
the court and argument would not aid the
decisional process.

*DISMISSED*